

# United States District Court
# Eastern District of California

| | |
|---|---|
| BENS MARKET, a California Sole Proprietorship; and ADAM SAIF ALI SALEH, an Individual, <br> Plaintiff(s) <br><br> V. <br><br> UNITED STATES OF AMERICA <br> Defendant(s) | Case Number: 2:24-cv-01102-CSK <br><br> APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, ___Andrew Z. Tapp___ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

___Plaintiffs, BENS MARKET, a California Sole Proprietorship; and ADAM SAIF ALI SALEH, an Individual___

On ___September of 2009___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Florida___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 4/10/24                Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Z. Tapp |
| Law Firm Name: | Metropolitan Law Group, PLLC |
| Address: | 1971 W. Lumsden Rd., #326 |
| City: | Brandon      State: FL   Zip: 33511-8820 |
| Phone Number w/Area Code: | (813) 228-0658 |
| City and State of Residence: | Tampa, Florida |
| Primary E-mail Address: | andrew@metropolitan.legal |
| Secondary E-mail Address: | lajeana@metropolitan.legal |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mubarak Malik |
| Law Firm Name: | The Law Office of Mubarak Malik The Immigration Advocate |
| Address: | 4422 Temecula St., Unit 2 |
| City: | San Diego      State: CA   Zip: 92107 |
| Phone Number w/Area Code: | (619) 363-2871      Bar # 323314 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 15, 2024

_____
JUDGE, U.S. DISTRICT COURT

**Exhibit A**

**Exhibit A**

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**ANDREW ZACHARY TAPP**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **SEPTEMBER 23, 2009**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this **APRIL 2, 2024**.

_____
Clerk of the Supreme Court of Florida